**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Karen F. Nichols-Castrejon**  CASE NO  **09-40280-DML**

CHAPTER  **13**

# VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[   ] is the first mailing list filed in this case.

[ x ] adds entities not listed on previously filed mailing list(s).

[   ] changes or corrects names and address on previously filed mailing lists.

[   ] deletes name(s) and address(es) on previously filed mailing list(s).

Date  01/22/2009  Signature  /s/ Karen F. Nichols-Castrejon
*Karen F. Nichols-Castrejon*

Date  Signature

   /s/ Patrick D. West
*Patrick D. West*
*21205050*
*Patrick D. West Law Firm, P.C.*
*4420 W. Vickery Blvd., Suite 100*
*Fort Worth, TX  76107-6259*
*(817) 332-2600*

Bruce Johnson, Esq.
Johnson & Silver, LLP
12720 Hillcrest Road, Suite 280
Dallas, TX  75230


Molina Medical Center
1901 W Irving Blvd # 100
Irving, TX  75061



Nelnet
P.O. Box 82561
Lincoln, NE 68501



TXU Energy
P.O. Box 660409
Dallas, TX  75266-0409



White Rock Open Air MRI
718 N. Buckner Blvd. #104
Dallas, TX  75218